UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNELL WILSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:18-CV-932 DDN ) |
| DAN REDINGTON, | ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. Upon review of the financial information provided by petitioner, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will therefore be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #3] is **GRANTED**.

Dated this 18th day of June, 2018.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE